Form B 250B(summtele)(04/10)

## UNITED STATES BANKRUPTCY COURT
Western District of Washington

In Re:

Dwayne D. Myers,

       Debtor(s).

_____

Case Number: 09−21527−KAO

**Adversary Case Number: 10−01469−KAO**

(ALL DOCUMENTS REGARDING THIS MATTER *MUST* BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

United States Trustee,

       Plaintiff(s),

v.

Dwayne D. Myers,

       Defendant(s).

---

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:               U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or plaintiff if not represented by counsel).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by counsel):

    Martin L. Smith
Office of the United States Trustee
700 Stewart Street, Suite #5103
Seattle, WA 98101

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time:

**Date and Time: September 28, 2010 at 09:15 AM**

**The pretrial conference will be held telephonically. Please contact <u>Judge Karen A. Overstreet's</u> chambers at <u>206–370–5330</u> PRIOR to the pretrial conference to provide a telephone number where you can be reached between 9:15 a.m. and 10:00 a.m. on the day of the conference. You will receive a call from the court any time during this time period.**

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court

BY: <u>/s/ Duffy Clarke</u>
Deputy Clerk



**Date of Issuance: <u>August 16, 2010</u>**

*Summons must be served within 14 days of date of issuance, Fed. R. Bankr. P. 7004(e). Plaintiff shall file a certificate of service within 14 days after service has been effected. W.D.Wash.Local Bankr. Rule 7004–1.*